UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FILED
SEP 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>Frank Smith,<br><br>       Defendant. | Case No. 19-mj-71509-MAG-1 (KAW)<br><br>Charging District: Northern District of Mississippi<br><br>Charging District's Case No.:<br>0537 3:19CR00047-001 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>Thomas G. Abernethy Federal Building<br>911 Jackson Avenue<br>Oxford, MS 38655 | Courtroom No.: TBD |
|---|---|
| | Date and Time: Ocotber 15, 2019 before the Magistrate Duty Judge |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 9/24/19

                                              */s/ Kandis Westmore*
                                              Kandis A. Westmore
                                              United States Magistrate Judge